IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOEY L. JONES,

   Petitioner,

    v.

T. JACKSON BEDFORD,

   Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-341-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending denying the Petition as untimely. The Petitioner's Objections fail to address the timeliness issue. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED. The appeal from the Order of the Magistrate Judge denying the Petitioner's Motion to Appoint Counsel [Doc. 3] is DENIED. The Order is not clearly erroneous or contrary to law. There is no constitutional right to counsel in habeas corpus proceedings. <u>Murray v. Giarratano</u>, 492 U.S. 1, 7-8 (1989); <u>Hill v. Jones</u>, 81 F.3d 1015, 1024 (11th Cir. 1996). In federal habeas corpus proceedings, appointment of counsel is necessary only when due process or "the

interests of justice " requires it.  18 U. S. C. § 3006A(a)(2)(B); <u>Hooks v. Wainwright</u>, 775 F. 2d 1433, 1438 (11th Cir. 1985).

    SO ORDERED, this 26 day of March, 2015.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge